IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY WILLIAMS** | : | **CIVIL ACTION NO. 1:CV-13-1458** |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a July 28, 2014 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's correspondence (Doc. No. 21), is construed as a request to reopen the case. The request is **DENIED** and the case will remain closed.

    S/ Yvette Kane
    YVETTE KANE, District Judge
    United States District Court
    Middle District of Pennsylvania

Dated: August 18, 2014.